SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
michael.t.pyle@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7322
FAX: (415) 436-6748

Attorneys for Defendant Dr. Donald C. Winter,
Secretary of the Navy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAULINE M. HORVATH, | ) | No. 07-04952 JCS |
| Plaintiff, | ) ) ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | ) ) | **AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT** |
| DR. DONALD C. WINTER, SECRETARY, OF THE NAVY, | ) ) ) | **JUDGE** |
| Defendant. | ) ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 12, 2007        Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                              United States Attorney

                 By:    /s/
                       Michael T. Pyle
                       Assistant U.S. Attorney

DECLINATION OF MAGISTRATE; REQUEST FOR REASSIGNMENT
C 07-04952 JCS