SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Dr. Donald C. Winter,
Secretary of the Navy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULINE HORVATH, | Case No. C 07-04952 JSW |
| Plaintiff, | **DECLARATION OF MICHAEL T. PYLE IN SUPPORT OF DEFENDANT DONALD C. WINTER'S' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| DONALD C. WINTER, Secretary of the Navy, | |
| | Date:  February 15, 2008 |
| Defendant. | Time:  9:00 a.m. |
| | Courtroom 2, 17th Floor |
| | Hon. Jeffrey S. White |

   I, Michael T. Pyle, declare:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, am licensed to practice law in California and to appear before this Court, and am counsel for Defendant Donald C. Winter, making this declaration from my own personal knowledge.  If called as a witness, I could and would

PYLE DECL. IN SUPPORT OF MOTION TO DISMISS
Case No. C07-04952 JSW

1  competently testify to the contents of this declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a court order issued by United States District Judge Marilyn Patel on March 26, 1999 in Actions 98-4562 MHP and 98-4604 MHP.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a five page "Complaint for Promotion" dated July 23, 1998 from plaintiff Pauline C. Horvath.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a decision by the Office of Federal Operations of the U.S. Equal Employment Opportunity Commission dated April 16, 2007 regarding plaintiff Pauline C. Horvath.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a decision by the Office of Federal Operations of the U.S. Equal Employment Opportunity Commission dated June 21, 2007 regarding plaintiff Pauline C. Horvath

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on December 26, 2007 in San Francisco, California.

/s/
MICHAEL T. PYLE
Assistant United States Attorney