FILED

MAR 26 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH

Plaintiff(s),

vs.

JOHN DALTON

Defendant(s).

No. C-98-4562 MHP
No. C-98-4604 MHP
**ORDER**

The court recently related the above actions to others filed earlier by plaintiff in this court. The docket sheet reveals that plaintiff has filed a total of seven actions in this district. The court is concerned that plaintiff appears to be raising the same issues and factual disputes that have already been decided in her numerous previous complaints against defendant Dalton and others. Therefore,

IT IS HEREBY ORDERED that plaintiff shall seek leave of this court before she files any additional actions in this District involving any claims related to her employment with the United States Navy or against defendant Dalton or other persons whom she has sued in prior actions in this District.

IT IS FURTHER ORDERED that the Clerk of Court shall not accept for filing without an order of this court any complaints described in the preceding paragraph.

Date: March 26, 1999

MARILYN HALL PATEL
Chief Judge
United States District Court
Northern District of California

EXHIBIT 1