1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   MICHAEL T. PYLE (CSBN 172954)
    Assistant United States Attorney

4
        U.S. Attorney's Office/Civil Division
5       450 Golden Gate Avenue, 10th Floor
        San Francisco, California 94102-3495
6       Telephone:    (415) 436-7322
        Facsimile:    (415) 436-7169
7
    Attorneys for Defendant Dr. Donald C. Winter,
8   Secretary of the Navy

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  PAULINE M. HORVATH,              )      No. C 97-0088 MHP
                                     )      C 07-4952 JCS
13                  Plaintiff,       )
                                     )
14          v.                       )      PROOF OF SERVICE
                                     )
15  DR. DONALD C. WINTER, SECRETARY, )
    OF THE NAVY                      )
16                                   )
                    Defendant.       )
17  _____)

18          The undersigned hereby certifies that she is an employee of the Office of the United

19  States Attorney for the Northern District of California and is a person of such age and discretion

20  to be competent to serve papers.  The undersigned further certifies that on **December 26, 2007**

21  she caused a copy of: **Defendant Donald C. Winter's Motion to Dismiss for Lack of Subject**

22  **Matter Jurisdiction (FRCP 12 (b)(1))** and **Declaration of Michael T. Pyle in Support of**

23  **Defendant Donald C. Winter's Motion to Dismiss for Lack of Subject Matter Jurisdiction**

24  to be served by mail upon the person at the place and address(es) stated below, which is the last

25  known address:

26  **Pauline Horvath**
    3544 Custer Street #3
27  Oakland, CA 94601
    PRO SE

28

    C 07-4952 JCS

                                      1

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3

4
                                                    Respectfully submitted,
5                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
6                                                          /s/
    Dated: December 26, 2007              By:
7                                                _____
                                                    STEFANIA M. CHIN
8                                                   Legal Assistant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 07-4952 JCS