1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    PAULINE HORVATH,
10              Plaintiff,                    No. C 07-04952 JSW
11        v.
12   DR. DONALD C. WINTER,                    **ORDER SETTING BRIEFING
                                              SCHEDULE ON DEFENDANT'S
13              Defendant.                    MOTION TO DISMISS**
                                        /
14
15          On December 26, 2007, Defendant Donald C. Winter, Secretary of the Navy, filed a

16   motion to dismiss and noticed the motion for a hearing on February 15, 2008.  The Court

17   HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on January 10, 2008,

18   and Defendant's reply shall be due on January 17, 2008.  If the Court finds the matter suitable

19   for disposition without oral argument, it shall notify the parties in advance of the noticed

20   hearing date.  If the parties wish to modify this briefing schedule, they must file a request or

21   stipulation with the Court that demonstrates good cause for the request.  The Court shall not

22   modify the briefing schedule without a specific showing as to why additional time for briefing

23   is required.

24          **IT IS SO ORDERED.**

25

26   Dated: December 26, 2007                  _____
                                               JEFFREY S. WHITE
27                                             UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California