1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
            U.S. Attorney's Office/Civil Division
5           450 Golden Gate Avenue, 10th Floor
            San Francisco, California 94102-3495
6           Telephone:    (415) 436-7322
            Facsimile:    (415) 436-7169
7
   Attorneys for Defendant Dr. Donald C. Winter,
8  Secretary of the Navy

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 PAULINE M. HORVATH,              )   No. C 07-4952 JSW
                                    )
13                Plaintiff,        )
                                    )   PROOF OF SERVICE
14         v.                       )
                                    )
15 DR. DONALD C. WINTER, SECRETARY, )
   OF THE NAVY                      )
16                                  )
                  Defendant.        )
17 _____)

18     The undersigned hereby certifies that she is an employee of the Office of the United

19 States Attorney for the Northern District of California and is a person of such age and discretion

20 to be competent to serve papers.  The undersigned further certifies that on **December 27, 2007**

21 she caused a copy of: **[Proposed] Order Granting Defendant Donald C. Winter's Motion to**

22 **Dismiss for Lack of Subject Matter Jurisdiction** to be served by mail upon the person at the

23 place and address(es) stated below, which is the last known address:

24 **Pauline Horvath**
   3544 Custer Street #3
25 Oakland, CA 94601
   PRO SE
26
       I declare under penalty of perjury under the laws of the United States that the foregoing is
27
   true and correct.
28

   C 07-4952 JCS
                                          1

1
2
3
4   Dated: December 27, 2007
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney
/s/
_____
 STEFANIA M. CHIN
Legal Assistant

C 07-4952 JCS

2