UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH

      Plaintiff(s),                              No. C 07-04952 JSW

    v.                                        **CLERK'S NOTICE**

DR. DONALD C. WINTER

      Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on February 15, 2008, at 9:00 a.m., immediately following the hearing on Defendant's Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously scheduled for** 1:30 p.m., in this matter. The case management statements shall remain due on or before February 8, 2008.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: January 25, 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE HORVATH,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. DONALD C. WINTER et al,<br><br>    Defendant. | Case Number: CV07-04952 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Thomas Pyle
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

Pauline Horvath
3544 Custer Street
# 3
Oakland, CA 94601

Dated: January 25, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk