JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
michael.t.pyle@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7322
FAX: (415) 436-6748

Attorneys for Defendant Dr. Donald C. Winter,
Secretary of the Navy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAULINE M. HORVATH, | ) | No. 07-04952 JSW |
| Plaintiff, | ) | **NOTICE OF PLAINTIFF'S APPARENT FAILURE TO TIMELY FILE AND/OR SERVE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | ) | |
| DR. DONALD C. WINTER, SECRETARY, OF THE NAVY, | ) | |
| Defendant. | ) | |

Defendant Dr. Donald C. Winter, Secretary of the Navy, filed a motion to dismiss on

December 26, 2007.  *See* Docket Entry No. 9.  On January 4, 2008, this Court issued an order

requiring Plaintiff Pauline Horvath to "file and serve her opposition to Defendant's motion on

January 23, 2008."  *See* Docket Entry No. 16.  Defendant's counsel has received no opposition,

nor does any appear on the Court's PACER website.

Dated: January 25, 2008            Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                          By:      _____/s/_____
                                   Michael T. Pyle
                                   Assistant U.S. Attorney