1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
       U.S. Attorney's Office/Civil Division
5      450 Golden Gate Avenue, 10th Floor
       San Francisco, California 94102-3495
6      Telephone:   (415) 436-7322
       Facsimile:   (415) 436-7169
7
   Attorneys for Defendant Dr. Donald C. Winter,
8  Secretary of the Navy

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 PAULINE M. HORVATH,              )   No. C 07-4952 JSW
                                    )
13               Plaintiff,         )
                                    )   PROOF OF SERVICE
14          v.                      )
                                    )
15 DR. DONALD C. WINTER, SECRETARY,)
   OF THE NAVY                      )
16                                  )
                 Defendant.         )
17 _____)

18      The undersigned hereby certifies that she is an employee of the Office of the United

19 States Attorney for the Northern District of California and is a person of such age and discretion

20 to be competent to serve papers.  The undersigned further certifies that on **January 25, 2008** she

21 caused a copy of: **Notice of Plaintiff's Apparent Failure to Timely File And/Or Serve an**

22 **Opposition to Defendant's Motion to Dismiss** to be served by mail upon the person at the place

23 and address(es) stated below, which is the last known address:

24 **Pauline Horvath**
   3544 Custer Street #3
25 Oakland, CA 94601
   PRO SE
26
       I declare under penalty of perjury under the laws of the United States that the foregoing is
27
   true and correct.
28

   C 07-4952 JCS

                                             1

1
2
3                                                    Respectfully submitted,
                                                     JOSEPH P. RUSSONIELLO
                                                     United States Attorney
4                                                              /s/
   Dated: January 25, 2008              By:     _____
5                                                    STEFANIA M. CHIN
                                                     Legal Assistant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C 07-4952 JCS