IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

    v.

DR. DONALD C. WINTER,

    Defendant.

No. C 07-04952 JSW

**ORDER TO SHOW CAUSE**

On December 26, 2007, this Court issued an Order setting a briefing schedule on Defendant's motion to dismiss, which has been noticed for hearing on February 15, 2008. On January 4, 2008, the Court issued a further order modifying that briefing schedule, in which it required Ms. Horvath to file an opposition to the motion by January 23, 2008. On January 25, 2008, Defendant filed a notice advising the Court that it had not received a copy of the opposition and no such opposition appears in the docket. As of close of business January 28, 2008, the Court had not received an opposition to Defendant's motion from Ms. Horvath.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE, in writing, why this case should not be dismissed for failure to prosecute. If Plaintiff seeks to file a belated opposition to Defendant's motion, she must demonstrate good cause for the late filing, and shall file a copy of her opposition brief with the request to late file. Plaintiff's response to this Order to Show Cause and any request to late file her opposition must be filed with the Court and served on Defendant by no later than February 8, 2008.

The hearing and case management conference set for February 15, 2008 at 9:00 a.m. are VACATED. The Court shall reschedule those dates, if necessary, after the Court has considered Plaintiff's response to this Order to Show Cause and any request to late file an opposition brief to Defendant's motion.

Plaintiff is HEREBY ADVISED that failure to respond to this Order to Show Cause shall result in a dismissal of this action, without prejudice, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER et al,

    Defendant.

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Thomas Pyle
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

Pauline Horvath
3544 Custer Street
# 3
Oakland, CA 94601

Dated: January 29, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk