JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

     U.S. Attorney's Office/Civil Division
     450 Golden Gate Avenue, 10th Floor
     San Francisco, California 94102-3495
     Telephone:   (415) 436-7322
     Facsimile:   (415) 436-7169

Attorneys for Defendant Dr. Donald C. Winter,
Secretary of the Navy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULINE M. HORVATH, | No. C 07-4952 JSW |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| DR. DONALD C. WINTER, SECRETARY, OF THE NAVY | |
| Defendant. | |

     The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **March 7, 2008** she caused a copy of: **Defendant's Reply Brief in Support of Motion to Dismiss** to be served by mail upon the person at the place and address(es) stated below, which is the last known address:

**Pauline Horvath**
3544 Custer Street #3
Oakland, CA 94601
PRO SE

//

//

//

C 07-4952 JCS

1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3
4
5                                                            Respectfully submitted,
                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney
6  Dated: March 7, 2008              By:        /s/
7                                                            _____
                                                              STEFANIA M. CHIN
                                                             Legal Assistant
8

C 07-4952 JCS

2