IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 28, 2008  **Court Reporter:** Lydia Zinn

**CASE NO.:  C-07-4952   JSW**

**TITLE:**  Pauline M. Horvath v. Dr. Donald C. Winter, et al.,

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

**Pro Se**  **Michael Pyle**

**PROCEEDINGS:**    Motion to Dismiss

**RESULTS:**   The Court heard argument from the parties.
The motion is taken under submission.
A written ruling shall issue.