```
 1. Pauline Horvath, Pro Se
    3544 Custer Street, #3
 2. Oakland, CA 94601
    510-532-3680
 3.
                    UNITED STATES DISTRICT COURT
 4.
                    NORTHERN DISTRICT OF CALIFORNIA
 5.
                         SAN FRANCISCO DIVISION
 6.

 7. _____
                                          )
 8.                                       )
       Pauline Horvath                    )
 9.    3544 Custer St., #3                )
       Oakland, CA  94601                 )  AMENDED COMPLAINT
10.                                       )  NO. C 07-4952 JSW
                                          )  Notice of Plaintiff's
11.                 Plaintiff             )  Intent to Appear by
                                          )  Telephone for
12                                        )  Hearings or Case
                                          )  Management Conferences
13. vs.                                   )
                                          )
14.                                       )
                                          )
15. Dr. Donald C. Winter                  )
    Secretary,                            )
16. Department of The Navy                )
                                          )
17.                                       )
                                          )
18                  Defendant             )
    _____)
```

FILED

MAY 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

It is plaintiff, Pauline Horvath's intention to appear by telephone for hearings and case management conferences. She can be reached at landline: 510-532-3680.

A recorded message will play, then the calling party should begin to speak, for Ms. Horvath to answer the phone (if the phone is answered prior to the recorded message concluding, an echo occurs, making hearing the parties difficult).

If the Court feels it necessary or helpful for clarity, for Ms. Horvath to appear in person, at any hearing or case management conference, Ms. Horvath is agreeable to appear in an afternoon time slot. She is grateful for the above accommodations.

Pauline Horvath, Plaintiff

PROOF OF SERVICE

I, THE UNDERSIGNED, HEREBY CERTIFY THAT I AM A CITIZEN OF THE UNITED STATES, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE WITHIN ACTION.  MY ADDRESS IS: 3544 Custer St #3, Oakland, California 94601

I SERVED A COPY OF THE ENCLOSED DOCUMENTS AND ANY ATTACHMENTS DESCRIBED AS:

1. AMENDED COMPLAINT No. C 07-4952 JSW, NOTICE OF PLAINTIFF'S INTENT TO APPEAR BY TELEPHONE FOR HEARINGS OR CASE MANAGEMENT CONFERENCES.

EITHER IN PERSON OR BY CERTIFIED MAIL, ON THE PERSONS LISTED BELOW.

| NAME | ADDRESS | DATE SERVED |
|---|---|---|
| MICHEL THOMAS PYLE<br>U S ATTORNEY'S OFICE | U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>BOX 36055<br>SAN FRANCISCO, CA 94102 | 5-2-08 |
| CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF<br>CALIFORNIA<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 | 5-2-08 |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON  5-2-08
AT OAKLAND, CALIFORNIA

_____
SIGNATURE