1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
         U.S. Attorney's Office/Civil Division
5        450 Golden Gate Avenue, 10th Floor
         San Francisco, California 94102-3495
6        Telephone:    (415) 436-7322
         Facsimile:    (415) 436-6748
7        E-mail: michael.t.pyle@usdoj.gov

8  Attorneys for Defendant Donald C. Winter

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 PAULA HORVATH,                    )    No. C 07-4952 JSW
                                     )
13              Plaintiff,           )    **ANSWER OF DEFENDANT DONALD**
                                     )    **C. WINTER**
14         v.                        )
                                     )
15 DONALD C. WINTER, Secretary,      )
   Department of the Navy,           )
16                                   )
                Defendant.           )
17                                   )
                                     )
   _____ )
18

19      Defendant Donald C. Winter, by and through his counsel, hereby admits, denies, alleges

20 and otherwise responds to Plaintiff Pauline Horvath's Amended Complaint ("Complaint") as

21 follows (with all references to page and line numbers corresponding to Plaintiff's Complaint

   filed on May 2, 2008):
22
        As an initial matter, Defendant denies that there was any "blacklist" or other document
23
   used to retaliate against employees as a result of prior Equal Employment Opportunity ("EEO")
24
   activity.
25
        Page 1, line 21 through 23: This allegation requires no response.  To the extent that a
26
   response is deemed necessary, defendant denies each and every allegation in this portion of the
27

28
   C 07-4952 JSW
   ANSWER OF DEFENDANT DONALD C. WINTER
                                    1

1   Complaint.

2        Page 1, line 24 through page 2, line 4: Defendant denies each and every allegation in this

3   portion of the Complaint.

4        Page 2, line 5 through page 3, line 9: Defendant lacks information sufficient to form an

5   answer regarding this portion of the Complaint and, on that basis, denies each and every

6   allegation in this portion of the Complaint.

7        Page 3, line 10 though line 15: Defendant admits the allegations in this portion of the

8   Complaint.

9        Page 3, line 16 through line 21: Defendant admits that plaintiff filed an informal EEO

10  complaint in 1986; except as so expressly admitted, defendant lacks information sufficient to

11  form an answer regarding this portion of the Complaint and, on that basis, denies each and every

12  allegation in this portion of the Complaint.

13       Page 3, line 22 through page 6, line 24: Defendant lacks information sufficient to form an

14  answer regarding this portion of the Complaint and, on that basis, denies each and every

15  allegation in this portion of the Complaint.

16       Page 6 line 25 through page 7 line 7: Defendant admits that plaintiff's last day of work

17  was in June 1992; except as so expressly admitted, defendant lacks information sufficient to form

18  an answer regarding this portion of the Complaint and, on that basis, denies each and every

19  allegation in this portion of the Complaint.

20       Page 7 line 8 through page 12 line 26:  Defendant lacks information sufficient to form an

21  answer regarding this portion of the Complaint and, on that basis, denies each and every

22  allegation in this portion of the Complaint.

23       Page 13 line 1 through 6: This allegation requires no response.  To the extent that a

24  response is deemed necessary, defendant denies each and every allegation in this portion of the

25  Complaint.

26       Defendant denies that plaintiff is entitled to the relief requested or to any relief

27  whatsoever.  Defendant further denies each and every allegation of the Complaint that has not

28

C 07-4952 JSW
ANSWER OF DEFENDANT DONALD C. WINTER
2

1   been admitted, denied, or otherwise qualified above.

2         In further answer to the Complaint and as separate affirmative defenses, defendant alleges

3   as follows:

### FIRST AFFIRMATIVE DEFENSE

5   The court lacks subject matter jurisdiction to consider Plaintiff's claim.

### SECOND AFFIRMATIVE DEFENSE

7   Plaintiff's complaint fails to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

9   Plaintiff failed to exhaust her administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

11  All actions being challenged by Plaintiff were taken for legitimate, non-discriminatory,

12  non-retaliatory and non-pretextual reasons.  Defendant alleges that there was never a "blacklist"

13  or other document used to retaliate against Plaintiff for any prior EEO activity.  Defendant

14  further alleges that Plaintiff was not retaliated against for any prior EEO activity.

### FIFTH AFFIRMATIVE DEFENSE

16  Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

18  Plaintiff cannot establish a prima facie case of discrimination or reprisal.

### SEVENTH AFFIRMATIVE DEFENSE

20  Plaintiff's claims are barred by the doctrines of res judicata and/or collateral estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

22  Plaintiff's claims are barred by the doctrines of accord and satisfaction based on her

23  acceptance of an offer of judgment in prior litigation.

24  //

25  //

26  //

27  //

28

C 07-4952 JSW
ANSWER OF DEFENDANT DONALD C. WINTER

3

1    WHEREFORE, for the reasons set forth above, defendant asserts that this action

2    should be dismissed and judgment entered in his favor, with appropriate costs awarded.

3

4
                                    Respectfully submitted,
5

6                                   JOSEPH P. RUSSONIELLO
                                    United States Attorney
7

8
Dated: May 15, 2008                 _____/s/_____
9                                   MICHAEL T. PYLE
                                    Assistant United States Attorney
10                                  Attorneys for Defendant Donald C. Winter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 07-4952 JSW
ANSWER OF DEFENDANT DONALD C. WINTER
4