```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  MICHAEL T. PYLE (CSBN 172954)
    Assistant United States Attorney
 4
            U.S. Attorney's Office/Civil Division
 5          450 Golden Gate Avenue, 10th Floor
            San Francisco, California 94102-3495
 6          Telephone:    (415) 436-7322
            Facsimile:    (415) 436-7169
 7
    Attorneys for Defendant Dr. Donald C. Winter,
 8  Secretary of the Navy
```

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | PAULINE M. HORVATH,                ) | No. C 07-4952 JSW |
| 13 | Plaintiff,                        ) | PROOF OF SERVICE |
| 14 | v.                                ) | |
| 15 | DR. DONALD C. WINTER, SECRETARY,) OF THE NAVY                       ) | |
| 16 |                                   ) | |
| 17 | Defendant.                        ) | |

18   The undersigned hereby certifies that she is an employee of the Office of the United

19 States Attorney for the Northern District of California and is a person of such age and discretion

20 to be competent to serve papers. The undersigned further certifies that on **May 15, 2008** she

21 caused a copy of: **Answer of Defendant Donald C. Winter** to be served by mail upon the

22 person at the place and address(es) stated below, which is the last known address:

23 **Pauline Horvath**
   3544 Custer Street #3
24 Oakland, CA 94601
   PRO SE
25
   //
26
   //
27
   //
28

C 07-4952 JSW

1

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct.

Dated: May 15, 2008          By:

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney
/s/
_____
 STEFANIA M. CHIN
Legal Assistant

C 07-4952 JSW

2