UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE HORVATH,<br><br>       Plaintiff,<br><br>    v.<br><br>DR. DONALD C. WINTER, Secretary,<br>Department of the Navy,<br><br>       Defendant.<br>_____/ | No. C-07-4952 JSW (EMC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CHANGE TIME OF MAY 4, 2009 SETTLEMENT CONFERENCE**<br><br>**(Docket No. 42)** |

By letter dated January 29, 2009, Plaintiff Pauline Horvath requested that the Settlement Conference scheduled for May 4, 2009, at 10:00 a.m. be changed to an afternoon starting time. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for changing the time of the May 4, 2009 Settlement Conference from 10:00 a.m. to **1:00 p.m.** The deadline for lodging Settlement Conference statements shall remain the same (*i.e.*, April 20, 2009). All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

This order disposes of Docket No. 42.

IT IS SO ORDERED.

Dated: February 19, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE HORVATH,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. DONALD C. WINTER, Secretary,<br>Department of the Navy,<br><br>        Defendant.<br>_____/ | No. C-07-4952 JSW (EMC)<br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

PAULINE HORVATH  
3544 Custer Street, #3  
Oakland, CA  94601  
510/532-3680  

*ALL OTHER COUNSEL SERVED VIA*  
*ELECTRONIC FILING ("E-FILING")*

Dated:  February 19, 2009        RICHARD W. WIEKING, CLERK

By: _____/s/_____  
    Leni Doyle  
    Deputy Clerk