```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone:    (415) 436-7322
        Facsimile:    (415) 436-6748
7       E-mail: michael.t.pyle@usdoj.gov

8  Attorneys for Defendant Dr. Donald C. Winter,
   Secretary of the Navy
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULINE M. HORVATH, | No. C 07-4952 JSW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DATES** |
| DR. DONALD C. WINTER, Secretary of the Navy, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the pre-trial dates listed below are continued to the dates listed below. This stipulation was agreed to by the parties at the settlement conference with Magistrate Judge Chen held on May 4, 2009. Judge Chen will hold a further settlement conference with the parties currently scheduled for June 16, 2009 (2 weeks before the current fact discovery cut-off) and Judge Chen has requested that the parties engage in limited discovery rather than full-blown discovery prior to the further settlement conference. Consistent with Judge Chen's request and at his suggestion, therefore, the parties request that the Court continue the deadlines for fact and expert discovery as set forth below. These dates have not previously been continued in this case.

C 07-4952 JSW
STIP. TO CONTINUE CERTAIN PRE-TRIAL DATES

The fact discovery cut off date is continued from June 30, 2009 to August 21, 2009; and

The last day for expert discovery is continued from August 31, 2009 to September 18, 2009.

All other dates shall remain as previously set by the Court.

DATED: May 18, 2009     By: _____
                             PAULINE M. HORVATH
                             Plaintiff


                             JOSEPH P. RUSSONIELLO
                             United States Attorney

DATED: May 18, 2009     By: _____
                             MICHAEL T. PYLE
                             Assistant United States Attorney
                             Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The pre-trial dates listed in this action are continued such that the schedule for the disposition of this action is modified as follows, with all dates not mentioned below remaining as previously set by the Court:

The fact discovery cut off date is August 21, 2009; and

The last day for expert discovery is September 18, 2009;

Defendant shall serve a copy of this Order on Plaintiff forthwith.

DATED: May 19, 2009     _____
                         HON. JEFFREY S. WHITE
                         United States District Chief Judge

C 07-4952 JSW
STIP. TO CONTINUE CERTAIN PRE-TRIAL DATES