IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.

No. C 07-04952 JSW

**ORDER RE DISCOVERY DISPUTE**

On September 1, 2009, Defendant filed a discovery letter relating to Plaintiff's initial disclosures and extensions of deadlines. On or about August 31, 2009, the Court received a letter from Plaintiff, in which she stated that she required additional time to produce documents to Defendant. Defendant is amenable to granting Plaintiff an extension, if the Court will extend the pretrial and trial dates previously set in this case.

The Court HEREBY ORDERS Plaintiff to file and serve a response to the issues raised in Defendant's letter brief by no later than September 8, 2009. If Plaintiff fails to respond to Defendant's letter brief by that date, the Court shall deem the matter submitted.

**IT IS SO ORDERED.**

Dated: September 2, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER et al,

    Defendant.

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
11889 Skyline Blvd.
#232
Oakland, CA 94619

Dated: September 2, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk