IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.

                                         /

No. C 07-04952 JSW

**ORDER RESOLVING DISCOVERY DISPUTE**

On September 1, 2009, Defendant filed a discovery letter relating to Plaintiff's initial disclosures and extensions of deadlines. On September 8, 2009, Plaintiff filed her response. Having considered the parties' letter briefs, relevant legal authority, and the record in this case, the Court HEREBY ORDERS as follows:

1. Plaintiff's request for an extension of time to serve documents upon Defendant is GRANTED. Plaintiff shall serve the documents responsive to Defendant's document request by no later than Friday, October 2, 2009.

2. In light of this extension, Defendant's request for an extension of trial related deadlines is GRANTED. The last day for a **hearing** on dispositive motions shall be **Friday** December 11, 2009 at 2:00 p.m. The pretrial conference is continued to **Monday**, January 26, 2010 at 2:00 p.m. The trial date is continued to **Tuesday,** February 16, 2010 at 8:00 a.m.

3. Defendant's request for an extension of time until October 30, 2009 to depose Ms. Visarraga, Ms. Stevens and Ms. Cesar is GRANTED.

//

4.	Defendant's request that Plaintiff produce any documents and disclosures regarding damages is GRANTED. Plaintiff's initial disclosures regarding documents supporting her claims for damages are inadequate, and Plaintiff cannot satisfy her obligations regarding disclosures of damages based upon statements made during the settlement conference. Therefore, Plaintiff shall provide Defendant with: (1) a listing of her damage computations; (2) all documents supporting her claims for damages; and, (3) for any documents not within her possession, custody or control a list describing those documents by no later than October 2, 2009. Defendant may take a further deposition of Plaintiff, limited to two hours, regarding her claims for damages. That deposition shall be completed by no later than October 30, 2009.

**IT IS SO ORDERED.**

Dated:	September 10, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

        Plaintiff,

  v.

DR. DONALD C. WINTER et al,

        Defendant.
                              /

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: September 10, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk