IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.

                                       /

No. C 07-04952 JSW

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR SANCTIONS**

      On September 28, 2009, Plaintiff filed a Motion for Sanctions relating to Defendant's conduct during her deposition. Because this relates to a discovery dispute, Plaintiff should have followed this Court's standing orders and submitted the matter to the Court via a joint letter brief. However, the Court shall not strike the motion on that basis. In the future, however, Plaintiff must comply with this Court's standing orders or face the risk that improper motions shall be struck from the record. The Court also notes that Plaintiff failed to notice the motion for a hearing in accordance with the Northern District Civil Local Rules.

      Accordingly, it is HEREBY ORDERED that Defendant shall submit its opposition brief to the motion by no later than October 16, 2009. Plaintiff's reply brief shall be due on October 23, 2009. The matter shall be set down for a hearing on Friday, November 6, 2009 at **2:00 p.m.**

//

//

If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: October 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER et al,

    Defendant.

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: October 1, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk