1 | JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 | MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney
4

U.S. Attorney's Office/Civil Division
5 | 450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
6 | Telephone: (415) 436-7322
Facsimile: (415) 436-6748
7 | E-mail: michael.t.pyle@usdoj.gov

8 | Attorneys for Defendant Dr. Donald C. Winter,
Secretary of the Navy
9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | PAULINE M. HORVATH,                )   No. C 07-4952 JSW
                                        )
14 |                 Plaintiff,          )
                                        )   STIPULATION AND [PROPOSED]
15 |         v.                          )   ORDER REGARDING HEARING
                                        )   DATE FOR PLAINTIFF'S MOTION
16 | DR. DONALD C. WINTER, Secretary of  )   FOR SANCTIONS
     the Navy,                           )
17 |                                     )
                 Defendant.              )
18 | _____    )

19        IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval

20 | of the Court, that the hearing date on Plaintiff's motion for sanctions, which is currently set for

21 | hearing on November 6, 2009 at 2:00 p.m. is hereby continued until November 13, 2009 at 2:00

22 | p.m. Defendant agreed to this stipulation at the request of Plaintiff Pauline Horvath based on

23 | Ms. Horvath's representation that she is not available for a hearing on November 6, 2009 at 2:00

24 | p.m.

25        By entering into this stipulation, Defendant does not mean to suggest that a hearing is

26 | either necessary or appropriate if the Court decides to resolve the matter without a hearing.

27

28 | STIP. AND [PROPOSED] ORDER RE HEARING DATE ON PLAINTIFF'S MOTION FOR
     SANCTIONS
     C 07-4952 JSW

| | | | |
|---|---|---|---|
| 1 | DATED: October 19, 2009 | By: | *(signature)* |
| 2 | | | PAULINE M. HORVATH |
| | | | Plaintiff |

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: October 22, 2009   By:   *(signature)*
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The hearing on Plaintiff's motion for sanctions is hereby continued from November 6, 2009 at 2:00 p.m. to November 13, 2009 at 2:00 p.m. Nothing in this order changes the dates for filing briefs on this motion, dates that were set by the Court in a prior order. If the Court does not vacate the hearing, all parties are required to appear in person. It is FURTHER ORDERED that Defendant shall serve a copy of this Order on Plaintiff.

DATED: October 22, 2009   *(signature)*
HON. JEFFREY S. WHITE
United States District Chief Judge

STIP. AND [PROPOSED] ORDER RE HEARING DATE ON PLAINTIFF'S MOTION FOR SANCTIONS
C 07-4952 JSW