IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.
                                 /

No. C 07-04952 JSW

**ORDER TO SHOW CAUSE REGARDING DEFENDANT'S DISCOVERY LETTER DATED OCTOBER 22, 2009**

On October 21, 2009, Defendant filed a discovery letter relating to Plaintiff's alleged failure to produce documents as required by previous orders of this Court. Defendant contends that Plaintiff also failed to comply with this Court's minute order dated June 5, 2009, which required Plaintiff to "review all the necessary documents for discovery and shall file a declaration with the Court saying so," by no later than September 3, 2009. By its Order dated September 10, 2009, the Court granted Plaintiff an extension to October 2, 2009, to serve those documents on Defendant.

On October 2, 2009, the Court received a letter from Plaintiff that was addressed to the Court and to Defense counsel regarding Plaintiff's production of documents in response to this Court's Order dated September 10, 2009. Defendant contends that Plaintiff's document production is inadequate. Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why she has failed to produce the documents requested by Defendants and why the Court should not impose sanctions under Rule 37(b)(2).

Plaintiff's response to this Order to Show Cause, which must address the issues raised in Defendant's letter brief, is due by no later than October 30, 2009. If Plaintiff fails to respond to this Order to Show Cause by that date, the Court shall deem the matter submitted.

Plaintiff is HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff also may wish to seek assistance from the Legal Help Center, which can be obtained by calling the Legal Help Center at 415-782-9000, extension 8657, or by signing up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated:  October 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

  v.

DR. DONALD C. WINTER et al,

    Defendant.

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: October 23, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk