JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7322
    Facsimile:    (415) 436-6748
    E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant Dr. Donald C. Winter,
Secretary of the Navy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULINE M. HORVATH, | No. C 07-4952 JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| DR. DONALD C. WINTER, Secretary of the Navy, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the briefing schedule for the remaining briefs regarding Defendant's motion for summary judgment (which motion was filed on November 6, 2009), which, but for this stipulation would have required Plaintiff to file any opposition by November 20, 2009 and Defendant to file any reply by November 27, 2009, is hereby continued such that Plaintiff will file her opposition papers no later than November 25, 2009 and Defendant will file his reply papers no later than December 9, 2009. The Court has continued the hearing on Defendant's motion for summary judgment to January 8, 2010 at 2:00 p.m. The parties agreed to this stipulation following the hearing held on November 13, 2009 at 2:00 p.m.

STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MSJ
C 07-4952 JSW

1
2  DATED: November 18 2009          By: /s/ Pauline Horvath
3                                        PAULINE M. HORVATH
                                         Plaintiff
4
5
6                                        JOSEPH P. RUSSONIELLO
7                                        United States Attorney
8  DATED: November 23, 2009         By: /s/ Michael T. Pyle
9                                        MICHAEL T. PYLE
                                         Assistant United States Attorney
10                                       Attorneys for Defendant
11
   **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
12
       Plaintiff shall file her opposition papers to Defendant's motion for summary judgment no
13
   later than November 25, 2009 and Defendant shall file his reply papers no later than December 9,
14
   2009.  The Court will hold a hearing on Defendant's motion for summary judgment on January 8,
15
   2010 at 2:00 p.m.  Defendant shall serve a copy of this Order on Plaintiff.
16
17
18
   DATED: November 30, 2009         /s/ Jeffrey S. White
19                                  HON. JEFFREY S. WHITE
                                    United States District Chief Judge
20
21
22
23
24
25
26
27
28
   STIP. AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MSJ
   C 07-4952 JSW
                                        2