IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

       Plaintiff,

   v.

DR. DONALD C. WINTER,

       Defendant.

                                   /

No. C 07-04952 JSW

**ORDER RE CORRESPONDENCE**

On November 16, 2009, the Court received a letter from Iman Visarraga, a witness in this case, regarding his deposition and corrections to certain aspect of his testimony.  The Court shall lodge a copy of Mr. Visarraga's letter in the file contemporaneously with this Order.

**IT IS SO ORDERED.**

Dated:   November 30, 2009

                                            _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

          Plaintiff,

  v.

DR. DONALD C. WINTER et al,

          Defendant.
_____/

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: November 30, 2009

*Jennifer Ottolini*

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California