IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.

No. C 07-04952 JSW

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**

On January 19, 2010, the Court received a letter request from Plaintiff, in which she seeks an extension of time to respond to Defendant's supplemental objections to evidence submitted in support of her motion for summary judgment. The Court shall file the letter simultaneously with this Order. In the letter, Plaintiff represents that Defendant does not oppose her request but would not stipulate to the request. The Court shall grant Plaintiff's request. Accordingly, her responses to Defendant's supplemental objections shall be due on January 29, 2010. There shall be no further extensions of this deadline.

**IT IS SO ORDERED.**

Dated: January 20, 2010

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

   Plaintiff,

 v.

DR. DONALD C. WINTER et al,

   Defendant.
            /

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
# 3
Oakland, CA 94601

Dated: January 20, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk