IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.

No. C 07-04952 JSW

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO RE-OPEN CASE**

On June 21, 2012, Plaintiff filed a Motion to Re-Open, pursuant to Federal Rule of Civil Procedure 60(b)(3), 60(b)(6), and 60(d). In light of the representations made by Plaintiff, the Court shall order a response from the Defendant. Defendant's response shall be due by no later than July 27, 2012, and shall not exceed ten (10) pages. Plaintiff may file a reply by no later than August 10, 2012, and her reply also shall not exceed ten (10) pages. If the Court believes a hearing is required, it shall notify the parties.

**IT IS SO ORDERED.**

Dated: July 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

 v.

DR. DONALD C. WINTER et al,

    Defendant.

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: July 3, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk