IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER,

    Defendant.

No. C 07-04952 JSW

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY**

On August 6, 2012, Plaintiff filed a request for an extension of time to August 20, 2012, to file her reply in connection with the motion to reopen her case. Defendant does not oppose the request. Accordingly, the Court GRANTS Plaintiff until August 20, 2012 to file her reply brief.

**IT IS SO ORDERED.**

Dated: August 8, 2012

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

DR. DONALD C. WINTER et al,

    Defendant.
                                   /

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: August 8, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk