IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

v.

RAY MABUS, Secretary of the Navy,

    Defendant.

No. C 07-04952 JSW

**ORDER RE MOTION FOR PARTIAL RELIEF AND CLARIFYING COURT'S ORDER THAT THE COURT SHALL NOT ACCEPT ANY NEW FILINGS IN THIS CLOSED CASE**

On September 17, 2012, this Court issued an Order denying a motion to reconsider the Court's Order denying Plaintiff's motion to reopen this case. In that Order, the Court stated that "this matter is closed, and the Court shall not accept any further filings from Ms. Horvath in this matter."

On March 27, 2013, Plaintiff filed a motion for partial relief from that Order, on the basis that it prevents her from filing a Notice of Appeal. The Court HEREBY CLARIFIES that the Court's Order should not be construed to preclude Plaintiff from filing a Notice of Appeal. However, the Court shall not accept any further motions from Plaintiff in which she seeks to reopen this case or seeks post-judgment relief from previous orders.

**IT IS SO ORDERED.**

Dated: April 1, 2013

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAULINE HORVATH,

    Plaintiff,

 v.

DR. DONALD C. WINTER et al,

    Defendant.

Case Number: CV07-04952 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pauline Horvath
3544 Custer Street
#3
Oakland, CA 94601

Dated: April 1, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk